**Debbie L. SIMPSON, Plaintiff—Appellant,**

v.

**UNITED PARCEL SERVICE COMPANY, Defendant—Appellee.**

No. 06–1015.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Debbie L. Simpson, Appellant Pro Se. Allison Viscardi Richardson, Alston & Bird, Atlanta, Georgia, Meredith S. Jeffries, Alston & Bird, LLP, Charlotte, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Debbie L. Simpson appeals a district court judgment and order adopting the magistrate judge's report and recommendation and denying her motion for leave to file an amended complaint and dismissing her complaint. We have reviewed the record and the district court's order and affirm for the reasons of the district court. *See Simpson v. United Parcel Serv. Co.,* No. CA–05–1500–3 (D.S.C. Nov. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*